Form 281[Order Granting Application for Waiver of Ch 7 Filing Fee]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
    Andrew Lewis Van Noy
              Debtor(s).

Case No: 10–30970 RKM

Chapter 7

Judge: R. Kimball Mosier

## ORDER GRANTING APPLICATION
## FOR WAIVER OF CHAPTER 7 FILING FEE

The Court, having reviewed the Application for Waiver of Chapter 7 Filing Fee, finds that the Debtor(s) income is less than 150 percent of the official poverty line described in 28 U.S.C. § 1930(f)(1) and that the Debtor(s) is otherwise unable to pay the filing fee in installments. Therefore, it is hereby

**ORDERED** that the Application for Waiver of Chapter 7 Filing Fee is **GRANTED**. The filing fees are also waived for other routine fees under 28 U.S.C. § 1930(b) except for any fees relating to appeals. This Order is vacated if estate assets are discovered from which the fees can be paid because the discovery of estate assets establishes that the waiver was unwarranted.

Dated: September 8, 2010

*R. Kimball Mosier*

United States Bankruptcy Judge   (11)

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: bjl                   Page 1 of 1            Date Rcvd: Sep 08, 2010
Case: 10-30970                Form ID: f281               Total Noticed: 4

The following entities were noticed by first class mail on Sep 10, 2010.
db          +Andrew Lewis Van Noy,    PO Box 134,    Provo, UT 84603-0134
aty         +Jody L. Howe,    Utah Bankruptcy Professionals, P. C.,    9227 South 1300 East,
              Sandy, UT 84094-3127
tr          +Philip G. Jones tr,    853 West Center Street,    Orem, UT 84057-5201
ust         +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
              Salt Lake City, UT 84111-3402

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 10, 2010**                             **Signature:**  *Joseph Speetjens*