UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: **Andrew Lewis Van Noy**

Debtor(s).

Case No. **10-30970**
Chapter **7**
Trustee: **Philip G Jones**

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION ___ REOPENING: Yes ___ No ___ CONVERSION(13 to 7)   Yes ___ No ___
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES:   A ___ B ___ C ___ D ___ E ___ F **X** G ___ H ___ I ___ J ___
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ___ Adding **X** ($26.00 amendment fee required for D, E, & F; OR __ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: **$279,608.27**
4. STATEMENT OF AFFAIRS: _____
5. AMENDED CHAPTER 13 PLAN: _____

If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached **YES**

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary.
No fee attached _____
**Reason no fee is attached** _____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
/s/ *Andrew Lewis Van Noy*    **September 29, 2010**
**Andrew Lewis Van Noy**    Date
Debtor

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes **X** No __
/s/ **Jody L. Howe**
**Jody L. Howe**
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

**X** _____ 341 Notice to creditors added by this amendment.
_____ Discharge Notice to creditors added by this amendment.
_____ Amended Chapter 13 Plan to all creditors.

**September 29, 2010**                           /s/ **Jody L. Howe**
DATED                                            **Jody L. Howe**
                                                 ATTORNEY FOR DEBTOR(S)

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Utah

In re **Andrew Lewis Van Noy**　　　　　　　　　　　　　　　　　Case No. **10-30970**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159) - AMENDED

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $1,000.00 |
| Average Expenses (from Schedule J, Line 18) | $1,840.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $1,353.50 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $279,608.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $279,608.27 |

B6F (Official Form 6F) (12/07)

In re  **Andrew Lewis Van Noy**  ,  Case No. **10-30970**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Van Noy**<br><br>Alan Gibson<br>2080 Delmont Dr<br>Salt Lake City, UT 84117-5221 | | | 1-1-2008<br>Business expense | | | | 0.00 |
| Account No. **Van Noy**<br><br>Dave Burton<br>11218 Crescentridge Cir<br>South Jordan, UT 84095-4066 | | | 9-1-2007<br>Business expense | | | | 0.00 |
| Account No. **Van Noy**<br><br>Glen Murray<br>292 Alfred Dr<br>Tooele, UT 84074-9678 | | | 1-1-2008<br>Business expense | | | | 0.00 |
| Account No. **Van Noy**<br><br>Harold Archer<br>1767 E Indigo St<br>Mesa, AZ 85203 | | | 1-1-2009<br>Business expense | | | | 0.00 |

__1__ continuation sheets attached

Subtotal
(Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew Lewis Van Noy**                                        Case No. **10-30970**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Van Noy**<br><br>James and Susan Chase<br>1478 W 11150<br>South Jordan, UT 84095-2210 | | | 1-1-2008<br>Business expense | | | | 0.00 |
| Account No. **Van Noy**<br><br>Jeff Smith<br>111 S 1250 E<br>Logan, UT 84321-4987 | | | 1-1-2009<br>Business expense | | | | 0.00 |
| Account No. **Van Noy**<br><br>Josh Chase<br>15114 Eagle Chase Dr<br>Draper, UT 84020-5712 | | | 1-1-2008<br>Business expense | | | | 0.00 |
| Account No. **Van Noy**<br><br>Rick Guritzky<br>2602 w 4400 s<br>Weston, ID 83286 | | | 1-1-2008<br>Business expense | | | | 0.00 |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **0.00**